1 | HARMEET K. DHILLON, ESQ (SBN: 207873)
2 | KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
3 | 177 Post Street, Suite 700
San Francisco, CA 94108
4 | Telephone: (415) 433-1700
5 | Facsimile: (415) 520-6593

*ORIGINAL FILED*

*2012 OCT -3 P 2: 21*

*E-filing*

6 | Attorneys for Plaintiff
7 | Agama Solutions, Inc.

8 | UNITED STATES DISTRICT COURT
9 |
10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

12 | Agama Solutions, Inc., a California
13 | Corporation,

Case Number: **C 12   5131**

14 |          Plaintiff,

**COMPLAINT FOR**

**LB**

15 |          v.

1. **Trademark Infringement, False Designation of Origin/Description, and Unfair Competition (Lanham Act, 15 U.S.C. § 1125(a));**

16 |
17 | Syncomint, Inc., a California Corporation,

18 |          Defendant.

2. **False Advertising (Lanham Act, 15 U.S.C. § 1125(a));**

19 |

20 |

3. **Trademark Infringement (Common Law);**

21 |

22 |

4. **Unfair Competition (Cal. Business & Prof. Code § 17200 *et seq.*).**

23 |

24 |

**Jury Trial Demanded**

25 |

26 | Plaintiff Agama Solutions, Inc. ("Agama"), by and through its attorneys Dhillon &
27 | Smith LLP, files this Complaint against Syncomint, Inc. ("Syncomint") and alleges as
28 | follows:

Complaint                     Page 1                     DHILLON & SMITH LLP

1.     This is an action seeking damages and injunctive relief in connection with the unauthorized and unlawful use by Agama's competitor, Syncomint, of Agama's trade names and other proprietary material. Agama brings claims of trademark infringement, false designation of origin/description, false advertising and unfair competition under the Lanham Act, 15 U.S.C. § 1125(a); trademark infringement under California common law; and unfair business practices under California Business and Professions Code §§ 17200 *et seq.*

## THE PARTIES

2.     Plaintiff Agama Solutions, Inc. ("Agama") is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Fremont, California.

3.     Upon information and belief, Syncomint, Inc. ("Syncomint") is a California corporation with its principal place of business in Fremont, California.

## JURISDICTIONAL STATEMENT

### Jurisdiction

4.     This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331 and 28 U.S.C. § 1338. This Court has jurisdiction over the state law claims under 28 U.S.C. § 1367, as they form part of the same case or controversy as the federal claims alleged herein.

5.     This Court has personal jurisdiction over Syncomint because it is incorporated in California, its principal place of business is located in this District, and it transacts a substantial amount of business in this District.

### Venue

6.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) because, *inter alia,* a substantial portion of the events giving rise to these claims occurred in this district, and Syncomint resides in this judicial district for purposes of 28 U.S.C. §1981(b) and (c).

### Intradistrict Assignment

7.     This action arises in Alameda County because a substantial part of the events giving rise to the claims occurred in Alameda County. This is an intellectual property action subject to district-wide assignment pursuant to Civil Local Rule 3-2(c).

### FACTUAL ALLEGATIONS

### Agama Solutions, Inc.

8.     Agama is a global provider of business and technology consulting services, with clients worldwide.  Agama offers its clients business and technology consulting, web development services, application services, systems integration information technology, accounting, finance, regulatory reporting and other business consulting needs.

9.     Agama is the owner of the trade names "Agama Solutions, Inc.," "Agama Solutions" and "Agama." Agama coined these trade names as a means of branding its company and services, and regularly uses these trade names in commerce, to the exclusion of other companies. Prior to Agama's adoption of these terms as trade names, these terms were not in general use in connection with the provision of the types of services that Agama provides.

10.     Agama regularly and consistently employs its trade names in the provision of services to the public; in its communications with clients, potential clients, employees, potential employees; and in its marketing efforts generally.

11.     Agama promotes its growing and innovative business through its website, http://www.agamasolutions.com, which was launched in 2007. This website is frequently updated with information about Agama's services, news, personnel, career information, job postings, and upcoming initiatives. Agama relies on its website to market employment opportunities. A copy of the homepage of Agama's website is attached to this Complaint as Exhibit A.

12.     The information contained on Agama's website is proprietary and is used by Agama to distinguish itself from its competitors and to attract and retain business.

13.     Agama has invested hundreds of thousands of dollars in building up its brand, customer name recognition, and reputation in the industry, and zealously protects the integrity of its brand names. As a result of these efforts, the trade names "Agama Solutions, Inc.," "Agama Solutions" and "Agama" have acquired a secondary meaning in the public realm, and are associated exclusively with the business of Agama.

### Syncomint, Inc.

14.     Upon information and belief, Syncomint is a company providing information technology consulting and outsourcing services. Upon further information and belief, and according to its website, Syncomint has over 8,500 employees and operates in six countries, serving clients in North America, Europe, and Asia/Pacific.

15.     Syncomint is a direct competitor of Agama for the provision of technology consulting and outsourcing services.

16.     Syncomint promotes its business through its website, http://www.syncomint.com.

### Syncomint Unlawfully Uses Agama's Trade Names
### and Misappropriates Agama's Original Website Content

17.     Syncomint has unlawfully used Agama's trade names, "Agama Solutions," and "Agama," to solicit potential employees, including but not limited to Market Research Analysts and Software Engineers, throughout the United States, including in the Northern District of California. Upon information and belief, Syncomint's unlawful use includes, but is not limited to, web pages accessed through the syncomint.com URL.

18.     Upon information and belief, in or around September 2012, Syncomint copied text from Agama's website home page and placed that text, verbatim, onto Syncomint's website. This copying was done without Agama's consent.

---

Complaint                          Page 4                    DHILLON & SMITH LLP

19.   As of at least September 19, 2012, and at the time of filing this Complaint, internet users using a search engine to search the term "Agama Solutions and Syncomint" were directed to a list of search results, at the very top of which was a link to the "Current Jobs" page on Syncomint's website, which stated underneath "AGAMA SOLUTIONS is looking to augment its existing team with a strong Market ... consideration, please email your resume to marketing@syncomint.com." A copy of the search engine result as of September 19, 2012 is attached hereto as Exhibit B.

20.   As of at least September 19, 2012, and at the time of filing this Complaint, the following content – which is identical to content on Agama's website – was available on Syncomint's website, under a header entitled "Market Research Analyst" on the "Current Jobs" page:

> AGAMA SOLUTIONS is looking to augment its existing team with a strong Market Research Analyst to help fulfill the growing needs of our internal and external clients. Our company provides IT consulting solutions for Fortune 500 clients across the U.S. The candidate will be responsible for analyzing market, sourcing and evaluating best business development opportunities, positioning company as preferred provider, identifying local and domestic market trends for short and long term expansion. The ideal candidate for this position must possess the following skills...For immediate consideration, please email your resume to marketing@syncomint.com.

A copy of the original content posted on Agama's website is attached to this Complaint as Exhibit C (page 5). A copy of the website containing Syncomint's unlawful use of Agama's trade name and proprietary website material, as of September 19, 2012, is attached to this Complaint as Exhibit D (page 5). Syncomint's logo and website design appear at the top of the website page. The bottom of the website page contains a purported copyright notice, despite the fact that the website incorporates text copied directly, verbatim and without permission, from Agama's website.

21.     As of at least September 19, 2012, and at the time of filing this Complaint, the following content – which is identical to content on Agama's website – was available on Syncomint's website, under a header entitled "Software Engineer – Primary Skills and Critical Competencies" on the "Current Jobs" page:

> The ability to communicate well both within the team and with other groups is very important. Agama is a dynamic, high output environment, and we are looking for an individual with the energy, flexibility and innovative approach to complement our existing team.

A copy of the original content posted on Agama's website is attached to this Complaint as Exhibit C (page 3). A copy of the website containing Syncomint's unlawful use of Agama's trade name and proprietary website material, as of September 19, 2012, is attached to this Complaint as Exhibit D (page 4). Syncomint's logo and website design appear at the top of the website page. The bottom of the website page contains a purported copyright notice, despite the fact that the website incorporates text copied directly, and verbatim, from Agama's website.

22.     Syncomint's ongoing unlawful use of the Agama trade names and proprietary website content has irreparably harmed Agama and constitutes trademark infringement, misappropriation, false designation of origin/description, false advertising, and unfair competition.

23.     The verbatim copying of text from Agama's home page and the placement of that text on Syncomint's website falsely implies an affiliation between the two companies and/or an endorsement by Agama of its use in conjunction with Syncomint's, and falsely directs individuals who wish to apply to Agama for employment to apply to Syncomint instead.

24.     The use of Agama's trade names and proprietary website content in describing Syncomint's services, in conjunction with the suggestion that consumers interested in Agama's services should consider using Syncomint's, unfairly trades upon

Agama's trade name and reputation and goes well beyond the nominal normative use permitted by law.

25.    Upon information and belief, Agama's potential employees – including but not limited to students at a San Francisco-based business school – have been confused as a direct result of Syncomint's use of Agama's trade name and website content on Syncomint's website, and have been misdirected to Syncomint's "Current Jobs" page when attempting to navigate to Agama's website and apply for open positions with Agama. Upon further information and belief, these would-be Agama employees have instead interviewed and accepted employment with Syncomint, causing a loss of revenue to Agama.

## FIRST CAUSE OF ACTION

### Trademark Infringement, False Designation of Origin/Description, and Unfair Competition

### Lanham Act, 15 U.S.C. § 1125(a)

26.    Agama repeats and incorporates by reference each allegation in paragraphs 1 through 25 as if set forth fully herein.

27.    Agama is the owner of the trade names "Agama Solutions, Inc.," "Agama Solutions" and "Agama." It has used these trade names continuously in commerce since 2007, to distinguish its company and identify its services in California, in the United States, and worldwide. The general consuming public of the United States recognizes the "Agama Solutions, Inc.," "Agama Solutions," and "Agama" trade names as designating Agama as the source of services and/or goods. Agama has not consented to Syncomint's use of Agama's trademarks and/or trade names in commerce.

28.    Syncomint has used, and continues to use, Agama's trade names and proprietary website content on Syncomint's own website, under the banner of Syncomint's logo, and in connection with Syncomint's offer of competing services to the public.  This conduct constitutes misappropriation, a false designation of origin and/or a false or misleading description or representation of fact that is likely to cause

confusion, to cause mistake, or to deceive as to (a) the affiliation, connection or association of Syncomint with Agama and/or (b) the origin, sponsorship, or approval of Syncomint's goods, services or commercial activities by Agama.

29.    Syncomint's infringement of Agama's trade names and misappropriation of Agama's proprietary website content was willful, fraudulent and deliberate. Syncomint's conduct in copying Agama's website content, verbatim, and pasting it on Syncomint's website, along with Agama's trade names, without excuse or justification, was designed to unfairly compete with Agama by trading upon Agama's good reputation, goodwill and established business. Syncomint's conduct is likely to lessen the good reputation and goodwill associated with Agama's services by associating those services with the inferior quality of Syncomint's services.

30.    Agama has been damaged by Syncomint's actions described above. Agama's damages include the confusion caused to Agama's existing and potential clients and prospective employees concerning the relationship between the two companies, and Agama management time and expense in connection with conducting a forensic analysis of Syncomint's deceptive practices and efforts to terminate such practices.

31.    Syncomint's wrongful activities have caused Agama irreparable injury. Agama is informed and believes that unless said conduct is enjoined by this Court, Syncomint will continue that activity to the continued harm of Agama. This injury includes a reduction in the distinctiveness of the Agama' marks and injury to Agama's reputation that cannot be remedied through damages. Agama has no adequate remedy at law. Agama is entitled to permanent injunctions restraining and enjoining Syncomint and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf from using in commerce the Agama trade names or any colorable imitation thereof, including in connection with use of Agama's proprietary website content.

32.    Pursuant to 15 U.S.C. §§ 1117 and 1125(a), Agama is entitled to recover (a) Syncomint's profits; (b) Agama's ascertainable damages; and (c) Agama's costs of suit.

1   Syncomint's willful use of Agama's trade names, including in conjunction with the use

2   of Agama's proprietary website content, without excuse or justification, renders this an

3   exceptional case and entitles Agama to its reasonable attorneys' fees.

### SECOND CAUSE OF ACTION

### False Advertising

### Lanham Act, 15 U.S.C. §1125(a)

7   **33.**   Agama repeats and incorporates by reference each allegation in

8   paragraphs 1 through 32 as if set forth fully herein.

9   **34.**   Agama is the owner of the trade names "Agama Solutions, Inc.," "Agama

10   Solutions" and "Agama." It has used these trade names in connection with, and in

11   commercial advertising or promotion of, its services and products, including by using

12   the trade names in conjunction with its proprietary website content.

13   **35.**   Syncomint has used, and continues to use, Agama's trade names and

14   proprietary website content on Syncomint's own website, under the banner of

15   Syncomint's logo, and in connection with Syncomint's offer of competing services to

16   the public. Syncomint's use of Agama's trade names in connection with, and in

17   commercial advertising or promotion of, its services and products constitutes a false

18   advertisement that misrepresents the nature, characteristics, qualities and/or origin of

19   Syncomint's goods, services and commercial activities, and/or deceives or has a

20   tendency to deceive a substantial segment of consumers into believing that Syncomint's

21   services have the nature, characteristics and/or qualities of Agama's services.

22   **36.**   Syncomint's deception is specifically designed and likely to create

23   confusion (including initial interest confusion) in the minds of existing and prospective

24   Agama customers, prospective Agama employees, and the general public, and to divert

25   business, and therefore revenues, from Agama to Syncomint. Syncomint's use is also

26   likely to lessen the goodwill associated with Agama's trade names and services by

27

28

---

Complaint                              Page 9                         DHILLON & SMITH LLP

associating Agama's trade names and services with the inferior quality of Syncomint's services.

37.    Syncomint's actions, as described above, were willful, fraudulent and deliberate. Syncomint's conduct in copying Agama's website content, verbatim, and pasting it on Syncomint's website, along with Agama's trade names, without excuse or justification, and in connection with commercial advertising or promotion of its services, was designed to unfairly compete with Agama by trading upon Agama's good reputation, goodwill and established business.

38.    Syncomint's wrongful activities have caused Agama irreparable injury. Agama is informed and believes that unless said conduct is enjoined by this Court, Syncomint will continue that activity to the continued harm of Agama. This injury includes a reduction in the distinctiveness of the Agama' marks and injury to Agama's reputation that cannot be remedied through damages. Agama has no adequate remedy at law. Agama is entitled to permanent injunctions restraining and enjoining Syncomint and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf from using in commerce the Agama trade names or any colorable imitation thereof, including in connection with use of Agama's proprietary website content.

39.    Pursuant to 15 U.S.C. §§ 1117 and 1125(a), Agama is entitled to recover (a) Syncomint's profits; (b) Agama's ascertainable damages; and (c) Agama's costs of suit. Syncomint's willful use of Agama's trade names, including in conjunction with the use of Agama's proprietary website content, without excuse or justification, renders this an exceptional case and entitles Agama to its reasonable attorneys' fees.

## THIRD CAUSE OF ACTION

### Trademark Infringement – Common Law

40.    Agama repeats and incorporates by reference each allegation in paragraphs 1 through 39 as if set forth fully herein.

41.    Agama owns and uses the trade names "Agama Solutions, Inc.," "Agama Solutions" and "Agama," and enjoys common law trademark rights in California and throughout the country as to those trade names. The general consuming public of California recognizes these trademarks as designating Agama as the source of services and/or goods.

42.    Syncomint's unauthorized use of the trademarks "Agama Solutions" and "Agama" on Syncomint's website and under the banner of Syncomint's logo is likely to cause, and has caused, confusion to consumers and potential employees as to the affiliation, connection or association of Agama with Syncomint, and as to Agama's origination, sponsorship or approval of Syncomint's goods and services, all to the detriment of Agama.

43.    Syncomint's wrongful activities in the State of California have caused Agama irreparable injury. Agama is informed and believes that unless said conduct is enjoined by this Court, Syncomint will continue that activity to the continued harm of Agama. This injury includes a reduction in the distinctiveness of the Agama's marks, and injury to Agama's reputation that cannot be remedied through damages. Agama has no adequate remedy at law. Agama is entitled to permanent injunctions restraining and enjoining Syncomint and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf from using in commerce the Agama trade names or any colorable imitation thereof, including in conjunction with use of Agama's proprietary website content.

44.    Agama is further entitled to an award of damages for the costs of addressing Syncomint's unlawful misconduct, including Syncomint's profits, Agama's ascertainable damages, and Agama's costs of suit. Syncomint's willful use of Agama's trade names, including in conjunction with the use of Agama's proprietary website content, without excuse or justification entitles Agama to its reasonable attorneys' fees.

## FOURTH CAUSE OF ACTION

### Unfair Competition

### Cal. Bus. & Prof. §17200 *et seq.*

**45.**     Agama repeats and incorporates by reference each allegation in paragraphs 1 through 44 as if set forth fully herein.

**46.**     Syncomint's actions described above, including, *inter alia,* using Agama's trade names on Syncomint's website without authorization; copying, verbatim, Agama's original website content describing open job positions, without attribution or disclaimer, and posting that content on Syncomint's own website and under its banner and logo; and falsely claiming a 2012 copyright in text it copied directly from Agama's website, are actions that constitute unlawful, unfair and/or fraudulent business acts and practices against Agama, in violation of the California Unfair Competition Law ("UCL"), California Bus. & Prof. Code §§ 17200 *et seq.*

**47.**     Syncomint's acts are likely to confuse consumers as to the source, origin, or affiliation of Syncomint's services; to reduce the distinctiveness and tarnish the image of Agama's trade names; to misrepresent the nature, characteristics and qualities of Syncomint's services and/or to deceive or have a tendency to deceive a substantial segment of consumers into believing that Syncomint's services have the nature, characteristics, and/or qualities of Agama's services.

**48.**     Syncomint's acts of unfair competition in the State of California have caused Agama irreparable injury. Agama is informed and believes that unless said conduct is enjoined by this Court, Syncomint will continue that activity to the continued harm of Agama. This injury includes a reduction in the distinctiveness of the Agama' marks and injury to Agama's reputation that cannot be remedied through damages. Agama has no adequate remedy at law. Unless restrained and enjoined from doing so, Syncomint will continue to usurp Agama's business and will continue to trade upon Agama's name, and benefit from its goodwill. Agama is entitled to

permanent injunctions restraining and enjoining Syncomint and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf from using in commerce the Agama trade names or any colorable imitation thereof, including in conjunction with use of Agama's proprietary website content.

49.     As a direct and proximate result of Syncomint's statutory unfair competition, Syncomint has been unjustly enriched. Agama is entitled to an award of damages for the costs of addressing Syncomint's unlawful misconduct, as well as disgorgement of any profits that Syncomint has enjoyed as a result of its misconduct, in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Agama Solutions, Inc. prays for the following relief:

1. For the issuance of permanent injunctions restraining and enjoining Syncomint and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf from using the trade names "Agama Solutions, Inc.," "Agama Solutions" and/or "Agama," or any colorable imitation thereof, in commerce in an unlawful, unfair, false and/or deceptive manner, including in conjunction with the use of Agama's proprietary website content;

2. For an award of Agama's ascertainable damages, costs, and attorneys' fees;

3. For an award to Agama of Syncomint's profits attributable to Syncomint's unauthorized use of Agama's trade names;

4. For an award of all amounts by which Syncomint has been unjustly enriched through its use of Agama's trade names; and

5. For such other and further relief as this Court deems just and appropriate.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Agama Solutions, Inc. demands a jury trial of all issues raised by Plaintiff's Complaint.

Date:   October 3, 2012

DHILLON AND SMITH LLP

By:   _____

Harmeet K. Dhillon
Krista L. Shoquist
Attorneys for Plaintiff Agama Solutions, Inc.

# Exhibit A



Agama Solutions
Total information technology solutions

HOME   ABOUT US   SERVICES   SECTORS   CAREERS   EMPLOYEES   CONTACT US

Employee Login          User Name ............   LOGIN
                        Quick Search: [Google Custom Search] SEARCH

**Mobile Application**
Designing mobile applications
As extensions to SaaS and mission-critical Enterprise applications...

Quality Assurance | Managed I.T Services | Staff Augmentation |

▶ **About Agama Solutions**

Agama Solutions is a global provider of innovative solutions and capabilities to clients worldwide, with offerings that span business and technology consulting, web development services, application services, systems integration, product engineering, custom software development, maintenance, re-engineering, independent testing and validation services, Web Marketing.

▶ more

▶ **Our Services**

**We specialize in the following areas:**

✓ Business Analysis
✓ Staff Augmentation
✓ Application Development
✓ Software Quality Assurance
✓ Managed I.T Services

▶ more

● **Career**

**JOB Opportunities at Agama Solutions :**

☑ Management Analyst
☑ Sr Software Engineer
☑ Software Engineer
☑ Programmer Analyst
☑ Market Research Analyst

▶ more

Home | Services | Employees | About Us | Careers | Contact Us

Copyright © 2011 Agama Solutions Inc. All Rights Reserved

# Exhibit B



agama solutions and syncom ×

www.google.com/#hl=en&sclient=psy-ab&q=Agama+Solutions+and+Syncomint&oq=Agama+Solutions+and+Syncomint&gs_l=hp.3...36614.45213.0.45448.31.23.1.7.7.0.215.2864.9j12j1.22.0.les%3f

Search

**Google**

Agama Solutions and Syncomint

Sign in

**Search**

About 4 results (0.33 seconds)

Web
Images
Maps
Videos
News
Shopping

More

San Francisco, CA
Change location

Show search tools

**Current Jobs | Syncomint**
www.syncomint.com/current-jobs
**AGAMA SOLUTIONS** is looking to augment its existing team with a strong Market ...
consideration, please email your resume to marketing@syncomint.com.

**Software Quality Assurance - Agama Solutions**
www.agamasolutions.com/software-quality-assurance.php
One of the goals of every company is having a well organized process for business
improvement  Quality assurance plays an important role in creating a well ...

**Careers - Agama Solutions**
www.agamasolutions.com/career.php
Why **Agama Solutions**? **Agama Solutions** is delivering innovative technology solutions
and consistently investing in some of the most cutting edge solutions ...

**About Agama Solutions** Inc.
www.agamasolutions.com/aboutus.php
**Agama Solutions** Inc. specializes in information technology services and consulting.
We partner with our clients to turn them into top-performing businesses by ...

Results for similar searches

**Contact Us - Agama Solutions**
www.agamasolutions.com/contactus.php
Provide end-to-end CRM solutions to customers ...  Work on the ... Interested in learning
more about how **Agama Solutions** can help you? Call us or fill out the ...
More results for agama solutions

**Agama Solutions**
www.agamasolutions.com/
**Agama Solutions** is a global provider of innovative solutions and capabilities to clients
worldwide, with offerings that span business and technology consulting, ...
More results for agama solution

**Agama Solutions and California Creative Solutions - anyone's heard ...**
www.city-data.com › City-Data Forum › US Forums › California
Jul 18, 2007 – These 2 IT **solutions** and consulting companies have contacted me to

# Exhibit C

## Agama Solutions

**Total information technology solutions**

Employee Login: User Name ••••••••••

Quick Search:

HOME    ABOUT US    SERVICES    SECTORS    CAREERS    EMPLOYEES    CONTACT US

**Current Hot Jobs**

We have multiple openings for Project Leaders/Project Managers, Software Developers, Computer Programmers, Software Engineers, Systems Analyst, Business Analyst, Market Research Analyst, Quality Assurance Engineers, Programmer Analyst, GUI programmers, Technical Recruiter with the following strong skills:

- ERP/CRM: Oracle Applications, SAP, Siebel, People soft, Broad vision
- Databases: Oracle, SQL, Informix, Sybase, SQL Server & DB2
- Development Tools: C, C++, Visual C++, C#, COM/DCOM, COM+, Visual Basic, UML, SOAP, data dynamics, active reports, crystal reports, Monarch data pump, kernel level drivers, Windows WDM Drivers, Printer and USB and Network drivers, driver development tools like DDK, SDK and softIce, Kofax Ascent Capture Server, Oracle developer, Unix Shell Script.
- Web Tools: J2EE, Java, JSP, Java Servlets, RMI, EJB, XML, .NET, ASP, ASP.NET, VB.NET, XML technologies (XSLT, XPATH, XSD and DTD), XML Parsers technologies (SAX/DOM), Jess Rule engine, Visual Interdev, MTS, PERL, CGI, IBM Content Management Software, Struts, eCatalog, Web services.
- Web / Application Servers: Web Objects, Web logic, Web Sphere, ColdFusion, ATG, Netscape, IIS, commerce server 2000, Oracle, SQL Server, ASP.NET, Visual Basic, Active Directory
- Datawarehousing: Business Objects, Brio, Informatica, Microstrategy, Cognos, Ascential & ERWIN.
- Operating Systems: NT, UNIX, LINUX
- Systems Or Oracle Database Administrators with experience in designing, administering, supporting, installation, maintenance of several of the following: UNIX, Windows, Windows NT, LINUX, Sun Solaris, AIX, HP; LAN/WAN Administration, Oracle Or Sybase Database Administration & CISCO Engineering, Oracle Portal and OEM; database administration on Oracle Data ware housing and OWB, Shareplex

**Open Positions**

- System Quality Analyst
- System QA
- Systems Quality Analyst
- Project Manager IT for Business & risk analysis, software Validation & testing
- Software QA Engineer/QA Analyst
- Management Analyst
- Sr.Software Engineer
- Software Engineer
- Senior Systems Analyst (Mechancial Engineers)
- Business Analyst
- System Analyst
- Market Research Analyst

## System Quality Analyst

* Job Responsibilities- Analyze, Develop, Maintain and Execute Test Plan & Test cases.
* Skills required: Tools such as Quick Test Professional, Quality Center, Toad/SAS, and Business Objects,
* Travel Required: Yes.
* Educational Qualification: MBA/ MS in Computer Science

BACK TO TOP

## System QA

**Job Responsibities**

* Design, develop, maintain and execute tests for web based SOS system.
* Automate testing using- Selenium, QTP
* Maintain requirements and Test cases using: Quality Center (10.0 and above)
* Perform Manual testing when applicable
* Perform Manual testing when applicable

* Travel Required Req. Master's Computer or Electrical Engineering

BACK TO TOP

## Systems Quality Analyst

**Job Responsibities**
- Analysis, maintain, install, test, debug software application.
- Skills required: Java, ASP.Net, Python, Visual C, QTP, Selenium, GUI, Web,Sql Server, MS Access
- Complete knowledge of software development life cycle.
- Req. Master's in Software Engineering or related field & 6 months of exp.

BACK TO TOP

## Software QA Engineer/QA Analyst

**Job Detail and Responsibilities**
- Develop Test Plans and Test Cases for Functional, Integration and System Testing
- Review and analyze requirements documentation.
- Perform backend testing of the application under test.
- Help guide the direction of future automation within the QA department
- Design and implement load and stress tests for web-based products
- Run automated regression tests for Ecommerce and other projects before release
- Document and track defects to closure
- We are seeking a high-aptitude engineer with knowledge of test automation
- Solid knowledge of QA testing procedures, processes, tools, and techniques
- The successful candidate will be conscientious, hard working, flexible, have an excellent eye for details, is self-motivated and a quick learner
- Excellent oral and written communication skills
- Experience with tools such as LoadRunner or SilkPerformer is a plus
- Experience with SilkTest highly desirable
- Working knowledge of UNIX is a MUST.
- Must be knowledgeable with bug tracking tools.
- Working knowledge of basic SQL commands is a plus
- The ability to work well in a diverse team and communicate well both within the team and with other groups is essential

The Market Research Analyst will provide internal analytic and project management support to the Client Insight & Analysis group by utilizing a strong analytical acumen, quantitative expertise and understanding of market research and survey process. The successful candidate should have a clear interest in problem solving, providing solutions to problems, a can-do attitude, the capacity to handle multiple tasks simultaneously, and the ability to work well with others.

**Responsibilities:**
Responsible for tracking and/or ad-hoc research and analysis of internal and external data.
Extract client or product data from the data warehouse to supplement analyses of primary research data.
Partnering with other analytic functions on larger scale projects.
Prepare research samples and sample feeds for external suppliers, as needed.
Specific tasks can vary depending on the scope of the project.
**Experience:**
**Requirements and Skills:**
Bachelor's Degree in marketing, research or business-related field. Masters Degree a plus.

1-2 years of experience working in a Marketing Research or analytical capacity, preferably in financial services.

Familiarity with market research processes.

Hands-on experience in database query language, such as SQL, and analytical platforms supporting databases such as SAS is a must
Demonstrated business consulting and internal partnering skills.

Client service orientation required.

BACK TO TOP

## Management Analyst

The Management Analyst be responsible for interacting with developers and the product marketing to analyze the user requirements, functional specifications to understand product and its features. Management Analyst will analyze businesses applications to automate or improve existing systems. Confer with personnel involved to determine current operational procedures, identify problems, and learn input and output requirements. Responsible for studying market and negotiate the appropriate projects meeting the skills of IT professionals. Market the software services to end user companies, meet clients and study their needs, come up with strategies to solve clients needs using IT services, coordinate between clients and software development teams for successful project execution. Further, Management Analyst will be responsible for project managing by participating in the development of

partnerships/collaborative efforts with the customer that will enhance the desired objectives he will provide client management and serve as a liaison between software team and client. Analyze and interpret procedures and management principles to device most efficient method of accomplishing work.

**Requirement and Skills:**
Bachelor's Degree in Management, Business, Engineering/management Information Science and relevant experience. Due to the complex nature of the position, pre-existing knowledge in the field is an absolute necessity.

BACK TO TOP

## Sr. Software Engineer

Position Summary: Working as part of a fast-paced development team, the Sr. Software Engineer will be the UI Lead for our secure web applications.

Experience:5+ years software engineering experience, with at least 3 years focused on the user interface for Java Web applications

Primary Responsibilities:

Architect a configurable user interface for clinical web applications, that combines flexibility with ease-of-use
Web application UI - design and implementation
Develop highly interactive web software, with Java, JSP, DHTML, Ajax and CSS
Translate business requirements into functional and technical specifications
Evaluate third-party and open-source technologies
Work with the database team to design and develop the database component (schema changes, stored procedures) of web technologies

Primary Skills and Critical Competencies:

Strong experience in design and coding for object-oriented commercial software product
Solid Java and web programming background, including Servlets, JSP, JavaScript, CSS, DHTML and Ajax
Ability to understand complex data models
Must communicate effectively with management and peers
Must be self-motivated, have a strong team orientation, learn quickly and possess excellent communication and interpersonal skills

BACK TO TOP

## Software Engineer

Experience:
·    A recent college graduate in Computer Science or Computer Engineering, or Software Development
·    Experience with the C and C++ programming languages.
·    Experience with ORACLE Database is required.
·    Experience in small UIs and structured data applications on handheld devices is a plus

Primary Skills and Critical Competencies:
The successful candidate will be responsible for development of new products.
The primary skill should include someone who is knowledgeable with object-oriented design and effective in its' implementation with the C++ language.

The ability to work well in a diverse team is important, as is a good understanding of software engineering practices (such as documentation, configuration management and defect tracking). The ability to communicate well both within the team and with other groups is very important. Agama is a dynamic, high output environment, and we are looking for an individual with the energy, flexibility and innovative approach to complement our existing team

BACK TO TOP

## Programmer Analyst

**Primary Skills and Critical Competencies:**
·    Identify classes and Objects, drawing class diagrams, sequence diagrams using Visio and identifying the design patterns, frameworks to be used during implementation.
·    Develop classes to encapsulate the business logic and hide the implementation details of the data access classes and EJBs.
·    Develop Session and Entity components that interface with the database using Data Access Objects.
·    Work with documentation teams in the development of Training Manuals and User's Guides.
·    Unit Testing and fixing the defects in the application during the maintenance builds.
·    Develop and maintain components using Java and Implement JSP pages for server side filing of web application.
·    Implement OOD techniques such as UML methodology (use cases, sequence diagrams and activity diagrams) and developed class diagrams.
·    Design and Implement the J2EE Based Struts Framework.
·    Implement and Deploy JSP Pages and Servlets.
·    Assist in database design and development involving the ER Modeling, creating database schema and writing SQL queries.
·    Write Client side validation scripts using JavaScript

BACK TO TOP

## Systems Analyst (Industrial/Manufacturing Engineers)

**Description:** Will analyze engineering and business problems for application to electronic data processing systems. Will analyze user requirements, procedures, and problems to automate or improve existing systems and review computer system capabilities, workflow, and scheduling limitations. Specifically, may analyze user requirements and will develop methodologies to handle supply chains of larger corporations. Will design products to integrate all the business process from Planning, Purchasing, Manufacturing and distribution of products to the customers. Will resolve issues dealing with migrating and customizing the business functionality currently available to the clients.

BACK TO TOP

## Systems Analyst (Mechancial Engineers)

**Description:** Will analyze engineering, designing, production processes and quality controls of cutting tools at manufacturing plants, warehouses and distribution facilities using analytic capabilities of engineering, statistical and operations research modules. Analyze client's business requirements to help in converting time-consuming, manual steps into streamlined, online processes to improve overall enterprise planning. Analyst will begin by talking with managers or specialists to determine the precise nature of the problem and to break it down into its component parts. Will conduct face-to-face discussions with process owners and business leaders and make proactive recommendations for improving existing methods of production of instruments. Will use analysis to guide programmers to design effective programs. The Systems Analyst will prepare specifications for programmers to follow. The specifications include detailed descriptions of the records, files, and documents used in processing, and data flow charts describing the interrelationship of the data elements to be considered by the programmers. The analyst will also coordinate the development of test problems to debug the system and participate in trial runs of the systems.

BACK TO TOP

## Senior Systems Analyst (Mechancial Engineers)

**Description:** Will analyze engineering, designing, production processes and quality controls of cutting tools at manufacturing plants, warehouses and distribution facilities using analytic capabilities of engineering, statistical and operations research modules. Analyze client's business requirements to help in converting time-consuming, manual steps into streamlined, online processes to improve overall enterprise planning. Analyst will begin by talking with managers or specialists to determine the precise nature of the problem and to break it down into its component parts. Will conduct face-to-face discussions with process owners and business leaders and make proactive recommendations for improving existing methods of production of mechanical instruments. Will use analysis to guide programmers to design effective programs. The Systems Analyst will prepare specifications for programmers to follow. The specifications include detailed descriptions of the records, files, and documents used in processing, and data flow charts describing the interrelationship of the data elements to be considered by the programmers. The analyst will also coordinate the development of test problems to debug the system and participate in trial runs of the systems.

Applicants must have a MS/BS in Computer Science or related field with 1-5 years of experience. Also, BS/MS in Engineering (CS, Industrial,Mechanical, EE or equivalent). Any combination of education, training & experience is acceptable for position offered. Competitive salary and benefits are offered. Job locations in Fremont, CA and other unanticipated locations in the US. Applicants must be willing to relocate/travel to various unanticipated locations in the US.

BACK TO TOP

## Project Manager IT for Business & risk analysis, software Validation & testing

Project Manager IT for Business & risk analysis, software Validation & testing. Product Management, Sales & Client Support, Marketing, design, develop, install, test computer software Programs for business applications. Skills required VB, SQL, UNIX, Oracle, PHP etc. Req. MBA or MS in Computer & 2 yr of experience.

BACK TO TOP

## Business Analyst

| | |
|---|---|
| Position Type | Full Time |
| Experience | 2+ years |
| Education | Masters |

Description: Business Analysis, project mgmt., project coordination & decision support systems in various platforms. Develop project plans & deployment schedules, track project metrics, Statement of Work negotiations.
Job Requirement: Req. Master's + 2 yrs of exp.

BACK TO TOP

## System Analyst

Agama Solutions

Systems Analyst: Analysis, Development, Maintenance, Installation, Testing, Debugging software application.
Skills required: Blackbox, GreyBox, WhiteBox and Automated Functional/ Regression Testing in a software development life cycle. Testing Tools such as Quality Center, QTP, Watir, Rational. Programming languages such as Dot Net, Java, Ruby, SQL, PL/SQL or TSQL. UNIX/ LINUX Shell Programming, Microsoft Office Excel, Project and Caliber RM etc.
Requirement: Master's in Computers or related & 1 yr of exp or Bachelors & 5 Yrs exp.

BACK TO TOP

## Market Research Analyst

AGAMA SOLUTIONS is looking to augment its existing team with a strong Market Research Analyst to help fulfill the growing needs of our internal and external clients. Our company provides IT consulting solutions for Fortune 500 clients across the U.S. The candidate will be responsible for analyzing market, sourcing and evaluating best business development opportunities, positioning company as preferred provider, identifying local and domestic market trends for short and long term expansion. The ideal candidate for this position must possess the following skills:

*Adept in the concepts of IT industry.

*Responsible to interface with a variety of clients, determine functional and technical requirements

*Able to Recruit suitable individuals, negotiate contracts and agreements and manage the post placement customer relationship.

*Responsible for staffing projects.

*Bachelor's/Masters degree in Management/ Business, and relevant experience is highly desirable.

*Pre-existing knowledge in the field is an absolute necessity.

*Strong communication and inter personal skills.

Person should be willing to work full time on site at our headquarters in Fremont, CA.

For immediate consideration, please email your resume to marketing@agamasolutions.com.
BACK TO TOP

Send resume to

HR Dept
Agama Solutions, Inc
39159 Paseo Padre Parkway,
Suite # 216
Fremont, CA 94538
Or
email to jobs@agamasolutions.com

BACK TO TOP

Copyright © 2011 Agama Solutions Inc, All Rights Reserved.

Home | Services | Employees | About Us | Careers | Contact Us

# Exhibit D

 **SYNCOMINT**

HOME          ABOUT SYNCOMINT          CONSULTING          STAFFING          CLOUD SOLUTIONS          CAREERS          CONTACT US



# CURRENT  JOBS

We have multiple openings for Project Leaders/Project Managers, Software Developers, Computer Programmers, Software Engineers, Systems Analyst, Business Analyst, Market Research Analyst, Quality Assurance Engineers, Programmer Analyst, GUI programmers, Technical Recruiter with the following strong skills:

- ERP/CRM: Oracle Applications, SAP, Siebel, People soft, Broad vision

- Databases: Oracle, SQL, Informix, Sybase, SQL Server & DB2

- Development Tools: C, C++, Visual C++, C#, COM/DCOM, COM+, Visual Basic, UML, SOAP, data dynamics, active reports, crystal reports, Monarch data pump, kernel level drivers, Windows WDM Drivers, Printer and USB and Network drivers, driver development tools like DDK, SDK and softIce, Kofax Ascent Capture Server, Oracle developer, Unix Shell Script.

- Web Tools: J2EE, Java, JSP, Java Servlets, RMI, EJB, XML, .NET, ASP, ASP.NET, VB.NET, XML technologies (XSLT, XPATH, XSD and DTD), XML Parsers technologies (SAX/DOM), Jess Rule engine, Visual Interdev, MTS, PERL, CGI, IBM Content Management Software, Struts, eCatalog, Web services.

- Web / Application Servers: Web Objects, Web logic, Web Sphere, ColdFusion, ATG, Netscape, IIS, commerce server 2000, Oracle, SQL Server, ASP.NET, Visual Basic, Active Directory

- Datawarehousing: Business Objects, Brio, Informatica, Microstrategy, Cognos, Ascential & ERWIN.

- Operating Systems: NT, UNIX, LINUX

- Systems Or Oracle Database Administrators with experience in designing, administering, supporting, installation, maintenance of several of the following: UNIX, Windows, Windows NT; LINUX, Sun Solaris, AIX, HP; LAN/WAN Administration, Oracle Or Sybase Database Administration & CISCO Engineering, Oracle Portal and OEM; database administration on Oracle Data ware housing and OWB, Shareplex

**Open Positions**

- Systems Quality Analyst

- Project Manager IT for Business & risk analysis, software Validation & testing

- Software QA Engineer/QA Analyst

- Management Analyst

- Sr.Software Engineer

- Software Engineer

- Senior Systems Analyst (Mechanical Engineers)

- Business Analyst

- System Analyst

- Market Research Analyst

**Systems Quality Analyst**






**About Syncomint**
Syncomint specializes in expert consulting across all IT service environments.

**News**
Read Syncomints upcoming news and events.

**Locations**
View our offices across the continents. Syncomint is YOUR IT provider.

**Contact Us**
Information on how to contact Syncomint.

**Job Responsibities**

- Analysis, maintain, install, test, debug software application.

- Skills required: Java, ASP.Net, Python, Visual C, QTP, Selenium, GUI, Web,Sql Server, MS Access

- Complete knowledge of software development life cycle.

- Req. Master's in Software Engineering or related field & 6 months of exp.

BACK TO TOP

**Software QA Engineer/QA Analyst**

**Job Detail and Responsibilities**

- Develop Test Plans and Test Cases for Functional, Integration and System Testing

- Review and analyze requirements documentation.

- Perform backend testing of the application under test.

- Help guide the direction of future automation within the QA department

- Design and implement load and stress tests for web-based products

- Run automated regression tests for Ecommerce and other projects before release

- Document and track defects to closure

- We are seeking a high-aptitude engineer with knowledge of test automation

- Solid knowledge of QA testing procedures, processes, tools, and techniques

- The successful candidate will be conscientious, hard working, flexible, have an excellent eye for details, is self-motivated and a quick learner

- Excellent oral and written communication skills

- Experience with tools such as LoadRunner or SilkPerformer is a plus

- Experience with SilkTest highly desirable

- Working knowledge of UNIX is a MUST.

- Must be knowledgeable with bug tracking tools.

- Working knowledge of basic SQL commands is a plus

- The ability to work well in a diverse team and communicate well both within the team and with other groups is essential

The Market Research Analyst will provide internal analytic and project management support to the Client Insight & Analysis group by utilizing a strong analytical acumen, quantitative expertise and understanding of market research and survey process. The successful candidate should have a clear interest in problem solving, providing solutions to problems, a can-do attitude, the capacity to handle multiple tasks simultaneously, and the ability to work well with others.

**Responsibilities:**

Responsible for tracking and/or ad-hoc research and analysis of internal and external data.
Extract client or product data from the data warehouse to supplement analyses of primary research data.
Partnering with other analytic functions on larger scale projects.
Prepare research samples and sample feeds for external suppliers, as needed.
Specific tasks can vary depending on the scope of the project.

**Experience:**

**Requirements and Skills:**

Bachelor's Degree in marketing, research or business-related field. Masters Degree a plus.

1-2 years of experience working in a Marketing Research or analytical capacity, preferably in financial services.

Familiarity with market research processes.

Hands-on experience in database query language, such as SQL, and analytical platforms supporting

databases such as SAS is a must
Demonstrated business consulting and internal partnering skills.

Client service orientation required.

BACK TO TOP

## Management Analyst

The Management Analyst be responsible for interacting with developers and the product marketing to analyze the user requirements, functional specifications to understand product and its features. Management Analyst will analyze businesses applications to automate or improve existing systems. Confer with personnel involved to determine current operational procedures, identify problems, and learn input and output requirements. Responsible for studying market and negotiate the appropriate projects meeting the skills of IT professionals. Market the software services to end user companies, meet clients and study their needs. come up with strategies to solve clients needs using IT services, coordinate between clients and software development teams for successful project execution. Further, Management Analyst will be responsible for project managing by participating in the development of partnerships/collaborative efforts with the customer that will enhance the desired objectives he will provide client management and serve as a liaison between software team and client. Analyze and interpret procedures and management principles to device most efficient method of accomplishing work.

**Requirement and Skills:**
Bachelor's Degree in Management, Business, Engineering/management Information Science and relevant experience. Due to the complex nature of the position, pre-existing knowledge in the field is an absolute necessity.

BACK TO TOP

## Sr. Software Engineer

**Position Summary:** Working as part of a fast-paced development team, the Sr. Software Engineer will be the UI Lead for our secure web applications.

**Experience:** 5+ years software engineering experience, with at least 3 years focused on the user interface for Java Web applications

**Primary Responsibilities:**

Architect a configurable user interface for clinical web applications, that combines flexibility with ease-of-use
Web application UI – design and implementation
Develop highly interactive web software, with Java, JSP, DHTML, Ajax and CSS
Translate business requirements into functional and technical specifications
Evaluate third-party and open-source technologies
Work with the database team to design and develop the database component (schema changes, stored procedures) of web technologies

Primary Skills and Critical Competencies:

Strong experience in design and coding for object-oriented commercial software product
Solid Java and web programming background, including Servlets, JSP, JavaScript, CSS, DHTML and Ajax
Ability to understand complex data models
Must communicate effectively with management and peers
Must be self-motivated, have a strong team orientation, learn quickly and possess excellent communication and interpersonal skills

BACK TO TOP

## Software Engineer

**Experience:**

·    A recent college graduate in Computer Science or Computer Engineering, or Software Development

·    Experience with the C and C++ programming languages.

·    Experience with ORACLE Database is required.

·    Experience in small UIs and structured data applications on handheld devices is a plus

**Primary Skills and Critical Competencies:**
The successful candidate will be responsible for development of new products.
The primary skill should include someone who is knowledgeable with object-oriented design and effective in its' implementation with the C++ language.

The ability to work well in a diverse team is important, as is a good understanding of software engineering

practices (such as documentation, configuration management and defect tracking). The ability to communicate well both within the team and with other groups is very important. Agama is a dynamic, high output environment, and we are looking for an individual with the energy, flexibility and innovative approach to complement our existing team

BACK TO TOP

## Programmer Analyst

**Primary Skills and Critical Competencies:**

· Identify classes and Objects, drawing class diagrams, sequence diagrams using Visio and identifying the design patterns, frameworks to be used during implementation.

· Develop classes to encapsulate the business logic and hide the implementation details of the data access classes and EJBs.

· Develop Session and Entity components that interface with the database using Data Access Objects.

· Work with documentation teams in the development of Training Manuals and User's Guides.

· Unit Testing and fixing the defects in the application during the maintenance builds.

· Develop and maintain components using Java and Implement JSP pages for server side filing of web application.

· Implement OOD techniques such as UML methodology (use cases, sequence diagrams and activity diagrams) and developed class diagrams.

· Design and Implement the J2EE Based Struts Framework.

· Implement and Deploy JSP Pages and Servlets.

· Assist in database design and development involving the ER Modeling, creating database schema and writing SQL queries.

· Write Client side validation scripts using JavaScript

BACK TO TOP

## Systems Analyst (Industrial/Manufacturing Engineers)

**Description:** Will analyze engineering and business problems for application to electronic data processing systems. Will analyze user requirements, procedures, and problems to automate or improve existing systems and review computer system capabilities, workflow, and scheduling limitations. Specifically, may analyze user requirements and will develop methodologies to handle supply chains of larger corporations. Will design products to integrate all the business process from Planning, Purchasing, Manufacturing and distribution of products to the customers. Will resolve issues dealing with migrating and customizing the business functionality currently available to the clients.

BACK TO TOP

## Systems Analyst (Mechanical Engineers)

**Description:** Will analyze engineering, designing, production processes and quality controls of cutting tools at manufacturing plants, warehouses and distribution facilities using analytic capabilities of engineering, statistical and operations research modules. Analyze client's business requirements to help in converting time-consuming, manual steps into streamlined, online processes to improve overall enterprise planning. Analyst will begin by talking with managers or specialists to determine the precise nature of the problem and to break it down into its component parts. Will conduct face-to-face discussions with process owners and business leaders and make proactive recommendations for improving existing methods of production of mechanical instruments. Will use analysis to guide programmers to design effective programs. The Systems Analyst will prepare specifications for programmers to follow. The specifications include detailed descriptions of the records, files, and documents used in processing, and data flow charts describing the interrelationship of the data elements to be considered by the programmers. The analyst will also coordinate the development of test problems to debug the system and participate in trial runs of the systems.

BACK TO TOP

## Senior Systems Analyst (Mechanical Engineers)

**Description:** Will analyze engineering, designing, production processes and quality controls of cutting tools at manufacturing plants, warehouses and distribution facilities using analytic capabilities of engineering, statistical and operations research modules. Analyze client's business requirements to help in converting time-consuming, manual steps into streamlined, online processes to improve overall enterprise planning. Analyst

will begin by talking with managers or specialists to determine the precise nature of the problem and to break it
down into its component parts. Will conduct face-to-face discussions with process owners and business
leaders and make proactive recommendations for improving existing methods of production of mechanical
instruments. Will use analysis to guide programmers to design effective programs. The Systems Analyst will
prepare specifications for programmers to follow. The specifications include detailed descriptions of the
records, files, and documents used in processing, and data flow charts describing the interrelationship of the
data elements to be considered by the programmers. The analyst will also coordinate the development of test
problems to debug the system and participate in trial runs of the systems.

Applicants must have a MS/BS in Computer Science or related field with 1-5 years of experience. Also,
BS/MS in Engineering (CS, Industrial,Mechanical, EE or equivalent). Any combination of education, training &
experience is acceptable for position offered. Competitive salary and benefits are offered. Job locations in
Fremont, CA and other unanticipated locations in the US. Applicants must be willing to relocate/travel to
various unanticipated locations in the US.

BACK TO TOP

## Project Manager IT for Business & risk analysis, software Validation & testing

Project Manager IT for Business & risk analysis, software Validation & testing. Product Management, Sales &
Client Support, Marketing, design, develop, install, test computer software Programs for business applications.
Skills required VB, SQL, UNIX, Oracle, PHP etc. Req. MBA or MS in Computer & 2 yr of experience.

BACK TO TOP

### Business Analyst

Position Type       Full Time
Experience       2+ years
Education       Masters
Description: Business Analysis, project mgmt., project coordination & decision support systems in various
platforms. Develop project plans & deployment schedules, track project metrics, Statement of Work
negotiations.
Job Requirement: Req. Master's + 2 yrs of exp.

BACK TO TOP

### System Analyst

Systems Analyst: Analysis, Development, Maintenance, Installation,
Testing, Debugging software application.
Skills required: Blackbox, GreyBox, WhiteBox and Automated Functional/
Regression Testing in a software development life cycle. Testing Tools
such as Quality Center, QTP, Watir, Rational. Programming languages
such as Dot Net, Java, Ruby, SQL, PL/SQL or TSQL. UNIX/ LINUX Shell
Programming, Microsoft Office Excel, Project and Caliber RM etc.
Requirement: Master's in Computers or related & 1 yr of exp or
Bachelors & 5 Yrs exp.

BACK TO TOP

### Market Research Analyst

AGAMA SOLUTIONS is looking to augment its existing team with a strong Market Research Analyst to help
fulfill the growing needs of our internal and external clients. Our company provides IT consulting solutions for
Fortune 500 clients across the U.S. The candidate will be responsible for analyzing market, sourcing and
evaluating best business development opportunities, positioning company as preferred provider, identifying local
and domestic market trends for short and long term expansion. The ideal candidate for this position must
possess the following skills:

*Adept in the concepts of IT industry.

*Responsible to interface with a variety of clients, determine functional and technical requirements

*Able to Recruit suitable individuals, negotiate contracts and agreements and manage the post placement
customer relationship.

*Responsible for staffing projects.

*Bachelor's/Masters degree in Management/ Business, and relevant experience is highly desirable.

*Pre-existing knowledge in the field is an absolute necessity.

*Strong communication and inter personal skills.

Person should be willing to work full time on site at our headquarters in Fremont, CA.

For immediate consideration, please email your resume to marketing@syncomint.com.

**BACK TO TOP**

**Send resume to**

HR
Syncomint Inc
39355 California St,
Ste # 210
Fremont, CA -94538
Or
email to hr@syncomint.com

**BACK TO TOP**

© 2012 Syncomint. All Rights Reserved
Website Design: Visualscope

Privacy Policy      Terms and Conditions      Feedback      Contact Us

